**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **BRADLEY S. COUGHLIN,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) CAUSE NO. 05-CV-323-WDS ) |
| **ALTEC INDUSTRIES, INC., and NESCO, INC.,** | ) ) ) |
| **Defendants.** | ) ) |

### O R D E R

**STIEHL, District Judge:**

Before the Court is a motion of Zurich American Insurance Company to Intervene in this action (Doc. 105) to which the third-party defendant has filed a response (Doc. 108). Zurich insures the third party defendant J.F. Electric, Inc, for both worker's compensation and liability coverage for related litigation. Zurich seeks leave to intervene to protect its worker's compensation lien and its right to enter into a settlement agreement on behalf of its insured, the third-party defendant.

In its response, the third party defendant provides that it does not object to the motion to intervene, although it does disagree with some of the assertions raised by Zurich in support of the motion to intervene. The disagreement between the third party defendant and Zurich is based on competing interpretations of a subrogation clause. The resolution of the subrogation issue is not before the Court at this time, and does not, in any event, adversely affect the motion to intervene.

Accordingly, the Court **GRANTS** the motion of Zurich American Insurance Co. to intervene in this matter.

**IT IS SO ORDERED.**

**DATED: May 21, 2007.**

                                                  **s/ WILLIAM D. STIEHL**
                                                     **DISTRICT JUDGE**